FILED by **TM** D.C.
ELECTRONIC

Dec 28, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80241-CR-RYSKAMP/HOPKINS**
CASE NO: _____

18 USC § 641

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN STAMM,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From on or about January 16, 2009 through on or about March 19, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**RYAN STAMM,**

did knowingly and willfully embezzle, steal, purloin and convert to his own use a thing of value of the United States and of any department and agency thereof, to wit: medical services the value of which exceeded $1,000, provided by the Department of Veterans Affairs, a department of the United States, in violation of Title 18, United States Code, Section 641.

_[signature]_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| RYAN STAMM, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami ___ Key West
___ FTL _X_ WPB ___ FTP

New Defendant(s)   Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)        (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   N/A
   Defendant(s) in state custody as of   N/A
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RYAN STAMM

**Case No:** _____

Count #: 1

Theft of Government of Services and Property in excess of $1,000

18 USC § 641

\* **Max.Penalty**: 10 years' imprisonment; 3 years' supervised release; $250,000 fine; restitution

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Ryan Stamm | ) | |
| | ) | |
| *Defendant.* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Neison Marks, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*